**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

OSCAR VILLANUEVA, individually and on behalf
of all others similarly situated,                              **Case No. 3:26-cv-00299-VAB**

   *Plaintiff*,

vs.

POST UNIVERSITY, INC.,

   *Defendant*.

_____/

## NOTICE OF APPEARANCE

Anthony I. Paronich filed this Notice of Appearance on behalf of the plaintiff.


Dated: July 21, 2026              PLAINTIFF, on behalf of himself
                                             and others similarly situated,


                                             */s/ Anthony Paronich*_____
                                             Anthony Paronich
                                             Email:  anthony@paronichlaw.com
                                             PARONICH LAW, P.C.
                                             350 Lincoln Street, Suite 2400
                                             Hingham, MA 02043
                                             Telephone:  (617) 485-0018
                                             Facsimile:  (508) 318-8100